BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA TIKHONOVA,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, *et al.*,<br><br>        Defendants. | Case No. 22-cv-06034-HSG<br><br>**ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[Hon. Haywood S. Gilliam, Jr.]** |

THIS CAUSE comes before the Court upon Defendants' *Ex Parte* Application to Extend Time for Defendants to Respond to Plaintiff's Complaint.

UPON CONSIDERATION of the Request, and for the reasons set forth therein, the Court hereby ORDERS that Defendants shall have an extension of time, up to and including January 18, 2023, within which to answer, plead, or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED:  12/12/2022

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE