BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA TIKHONOVA, | Case No. 22-cv-06034-HSG |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO HOLD CASE IN ABEYANCE** |
| U.S. DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |
| | **[Hon. Haywood S. Gilliam, Jr.]** |

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation to Hold Case in Abeyance.

UPON CONSIDERATION of the Request, and for the reasons set forth therein, the Court hereby ORDERS that the case shall be held in abeyance until January 25, 2024. Further, the Parties shall file a joint status report on January 25, 2024, to apprise the Court of the status of the case if no resolution has been reached.

**IT IS SO ORDERED.**

DATED:  10/27/2023

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE