BRIAN M. BOYNTON
Principal Deputy
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA TIKHONOVA, | Case No. 22-cv-06034-HSG |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| U.S. DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |
| | **[Hon. Haywood S. Gilliam, Jr.]** |

THIS CAUSE comes before the Court upon the Parties' Stipulation of Dismissal.

UPON CONSIDERATION of the Parties' Stipulation in this instant action, and for good cause shown and the entire record herein, it is ORDERED that the above-captioned matter is hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED:  1/18/2024

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE